**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMARICE TERRELL,<br><br>                    Petitioner,<br><br>         v.<br><br>ROBERTO A. ARIAS, Warden,<br><br>                    Respondent.<br>_____ | )  NO. 2:26-cv-03398-KK-KS<br>)<br>)<br>)  **ORDER ACCEPTING FINDINGS AND**<br>)  **RECOMMENDATIONS OF UNITED**<br>)  **STATES MAGISTRATE JUDGE**<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time to file objections to the Report has passed and no objections have been filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DISMISSED as an unauthorized second or successive petition under 28 U.S.C. § 2244(b); and (2) Judgment shall be entered dismissing this action without prejudice.

IT IS SO ORDERED.

DATED: May 13, 2026

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE