# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARICE TERRELL, | ) NO. 2:26-cv-03398-KK-KS |
| Petitioner, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| | ) |
| ROBERTO A. ARIAS, Warden, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  May 13, 2026    _____

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE